**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 15, 2011.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-60286 |
| | § | |
| EVAN MCLEAN SIMPSON and | § | CHAPTER 13 |
| PENNEY SUE SIMPSON, | § | |
|     Debtors. | § | |

| | | |
|---|---|---|
| EVAN MCLEAN SIMPSON | § | ADV. NO. 10-06015 |
| PENNEY SUE SIMPSON, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| MRU STUDENT LOAN TRUST 2007-A, | § | |
|     Defendant. | § | |
| | § | |

**JUDGMENT**

ON THIS DATE came on to be heard the Complaint to Determine Dischargeability of Debt filed by Debtors and the Counter-Claim filed by Defendant. The Court, having called this matter to trial and having heard motions for summary judgment filed by both sides, is advised by the parties that they have reached an agreement regarding all issues. The parties announced to

the Court that Plaintiffs have agreed that the debt made the subject of this adversary is non-dischargeable in bankruptcy and that the Plaintiff's Motion for Summary Judgment should be denied. The parties further announced to the Court that the Defendant's Motion for Summary Judgment should be granted and the debt made the subject of this adversary held to be non-dischargeable in bankruptcy. Based on those announcements,

IT IS ORDERED, ADJUGED AND DECREED that the Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED, ADJUGED AND DECREED that the student debt made the subject of the Plaintiff's Complaint is non-dischargeable in bankruptcy and will survive the Debtors' discharge in bankruptcy.

IT IS FURTHER ORDERED, ADJUGED AND DECREED that judgment shall issue against Plaintiffs and in favor of Defendant for the principal sum of $100,780.58, plus interest in the sum of $10,295.09, plus costs and attorney's fees in the sum of $9,576.00.

IT IS FURTHER ORDERED, ADJUGED AND DECREED that Defendant is entitled to all writs necessary to enforce this judgment.

# # #